James H. Wilkins (CA Bar No. 116364)
j.wilkins@wdcllp.com
Varduhi Rose Petrosyan (CA Bar No. 215740)
vrp@wdcllp.com
Wilkins, Drolshagen & Czeshinski, LLP
6785 N. Willow Avenue
Fresno, California 93710
(559) 438-2390

Louis W. Diess, III
ldiess@mccarronlaw.com
McCarron & Diess
4530 Wisconsin Avenue, N.W., Suite 301
Washington, D.C.  20016
(202) 364-0400
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM CONSALO & SONS FARMS, INC. | : | Civil Action No: <u>1:11-cv-1660 AWI DLB</u> |
| Plaintiff | : | |
| v. | : | **STIPULATION AND ORDER** |
| MARKET 52, et al | : | |
| Defendants | : | |

   Plaintiff, William Consalo & Sons Farms, Inc., by and through its undersigned attorneys, and Defendants, Market 52, Jerald Daniel Downs and Lyndsey C. Downs, hereby stipulate and agree to the terms of this Stipulation and Order, and the Court hereby approves this Stipulation and enters the Order thereon.

   1.   Plaintiff, William Consalo & Sons Farms, Inc., is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), against Defendants, Market 52, Jerald Daniel Downs and Lyndsey C. Downs, jointly and severally, and on a debt in the principal amount of $192,183.90, plus attorney's fees in the amount of

$7,072.50, and interest at the rate of 18% per annum or $4,957.04, for a total amount of $204,213.44.

2. Defendants Market 52, Jerald Daniel Downs and Lyndsey C. Downs, shall pay to Plaintiff William Consalo & Sons Farms, Inc. the sum of $204,213.44 as follows: $30,000.00 on or before October 7, 2011, and the remaining balance in separate, equal weekly installments of $15,000.00 commencing on or before October 14, 2011 and continuing each Friday thereafter until the $204,213.44 is paid in full or defendants receive additional funding, either directly or indirectly, from any third party source, including Central Valley Funding and its affiliates, at which time the full amount remaining due and owing to plaintiff shall be paid. All payments shall be by certified check, cashier's check, money order, or wire transfer, payable to William Consalo & Sons Farms, Inc., and delivered to William Consalo & Sons Farms, Inc., 1269 North Main Road, Vineland, New Jersey 08360 on or by the date payment is due.

3. To secure the payment of said amount, defendants Market 52, Jerald Daniel Downs and Lyndsey C. Downs, have executed a Joint Motion for Entry of Judgment and Preliminary Injunction, which will be held in escrow by the attorneys for Plaintiff and which shall not be filed unless there is a default as set forth below. (A copy of the Joint Motion for Entry of Judgment and Preliminary Injunction and Proposed Judgment and Preliminary Injunction are attached for informational purposes only <u>and should not be entered by the Court at this time</u>.)

4. If there is a default in the payment of any of the payments referenced in paragraph 2, including the failure to make full payment upon receipt of additional funding, that remains uncured for a period of three business days, the aforesaid sum above mentioned in paragraphs 1 and 2 above, or any balance that may appear to be unpaid thereon, together with all costs and reasonable attorney's fees to collect the sum due (including those incurred to determine additional costs and fees) (hereafter "the Debt"), less any payments made pursuant to this Stipulation, shall, at the option of the Plaintiff, thereupon become immediately due and payable, and Plaintiff, upon the filing of an affidavit as to such default by Plaintiff's attorney with the Court with a copy thereof to Defendants, shall be entitled to file the previously executed Joint Motion for Entry of Judgment and obtain a Judgment against defendants under

the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c), for the full amount of the debt.

5. Nothing herein, including the installment nature of the payments being made hereunder, shall be deemed, interpreted or otherwise construed as an extension of credit by the Plaintiff to Defendants, or as a waiver of the Plaintiff's rights under the statutory trust provision of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c) to pursue third parties for the recovery of PACA trust assets. Plaintiff's rights under this Stipulation and Order are in addition to its rights under said trust provision.

6. The Court shall retain jurisdiction over the parties during the pendency of the application of this Order.

7. This Order supersedes the Order Granting Plaintiff's Application for Temporary Restraining Order which was granted on October 4, 2011. The Order Granting Plaintiff's Application for Temporary Restraining Order is hereby dissolved.

**IT IS SO STIPULATED**

Dated this _____ day of October, 2011

| MARKET 52 | McCARRON & DIESS |
|---|---|
| By: /s/ Jerald Daniel Downs | By:    /s/ Louis W. Diess, III |
| Jerald Daniel Downs, President | Louis W. Diess, III |
| | 4530 Wisconsin Ave., N.W., Suite 301 |
| | Washington, DC 20016 |
| | (202) 364-0400 |
| | and |

X

X

X

X

X

JERALD DANIEL DOWNS

WILKINS, DROLSHAGEN & CZESHINSKI, LLP

By: /s/ Jerald Daniel Downs
   Jerald Daniel Downs, Individually

By:   /s/ James H Wilkins
   James H. Wilkins (CA Bar No. 116364)
   Varduhi Rose Petrosyan (CA Bar No. 215740)
   6785 N. Willow Avenue
   Fresno, California 93710
   (559) 438-2390

   Attorneys for Plaintiff

LYNDSEY C. DOWNS

By: /s/ Lyndsey C. Downs
   Lyndsey C. Downs, Individually

ORDER

IT IS SO ORDERED.

Dated:   October 7, 2011

   CHIEF UNITED STATES DISTRICT JUDGE