1

2
James H. Wilkins (CA Bar No. 116364)
3
j.wilkins@wdcllp.com
Varduhi Rose Petrosyan (CA Bar No. 215740)
4
vrp@wdcllp.com
Wilkins, Drolshagen & Czeshinski, LLP
5
6785 N. Willow Avenue
6
Fresno, California 93710
(559) 438-2390
7

8
Louis W. Diess, III
ldiess@mccarronlaw.com
9
McCarron & Diess
4530 Wisconsin Avenue, N.W., Suite 301
10
Washington, D.C.  20016
(202) 364-0400
11
Attorneys for Plaintiff

12

13
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15  WILLIAM CONSALO & SONS                  :
FARMS, INC.                                  :      Civil Action No: 1:11-cv-1660 AWI DLB
16                                            :
                                             :
17                    Plaintiff              :
                                             :
18         v.                                :
                                             :
19                                           :      **ORDER REGARDING
   MARKET 52, et al                          :      CONTINUANCE OF INITIAL
20                                           :      SCHEDULING CONFERENCE**
                    Defendants               :
21

22

23

24         On October 7, 2011, Plaintiff, William Consalo & Sons Farms, Inc., by and through its

25  attorneys, and Defendants, Market 52, Jerald Daniel Downs and Lyndsey C. Downs, entered into

26  a Stipulated Judgement which was approved by Chief Judge Anthony W. Ishii and Order was

27  entered thereon.

28         Plaintiff has advised this Court that to date, Defendants have complied with the above

Stipulation by making the required payments with the exception of approximately $30,000.00.

Proposed Order Regarding Continuance of Initial Scheduling Conference  - 1

1

2          This Court was further advised by Plaintiff that within sixty (60) days, Defendants have

3   indicated they will finish paying the remaining balance.  If Defendants fail to do so, Plaintiff

4   intends to  seek Entry of Judgment based on the above Stipulation.  Under these circumstances

5   Plaintiff has requested that the Initial Scheduling Conference be continued for 60 days.

6

7          Therefore, this Court orders that the Initial Scheduling Conference is continued to

8   March 26, 2012 at 9:30 am.

9

10

11             IT IS SO ORDERED.

12      Dated:   **January 5, 2012**                    _____ **/s/ Dennis L. Beck**_____

13                                             UNITED STATES MAGISTRATE JUDGE

14

15 ..                                                                              .

16

17

18

19

20

21

22

23

24

25

26

27

28