James H. Wilkins (CA Bar No. 116364)
j.wilkins@wdcllp.com
Varduhi Rose Petrosyan (CA Bar No. 215740)
vrp@wdcllp.com
Wilkins, Drolshagen & Czeshinski, LLP
6785 N. Willow Avenue
Fresno, California 93710
(559) 438-2390

Louis W. Diess, III
ldiess@mccarronlaw.com
McCarron & Diess
4530 Wisconsin Avenue, N.W., Suite 301
Washington, D.C.  20016
(202) 364-0400
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| WILLIAM CONSALO & SONS FARMS, INC. | : | Civil Action No: 1:11-cv-1660 AWI DLB |
|---|---|---|
| Plaintiff | : | |
| v. | : | **ORDER REGARDING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE** |
| MARKET 52, et al | : | |
| Defendants | : | |

On October 7, 2011, Plaintiff, William Consalo & Sons Farms, Inc., by and through its attorneys, and Defendants, Market 52, Jerald Daniel Downs and Lyndsey C. Downs, entered into a Stipulated Judgement which was approved by Chief Judge Anthony W. Ishii and Order was entered thereon.

Plaintiff has advised this Court that to date, Defendants have complied with the above Stipulation by making the required payments with the exception of approximately $30,000.00.

This Court was further advised by Plaintiff that within sixty (60) days, Defendants have indicated they will finish paying the remaining balance.  If Defendants fail to do so, Plaintiff intends to  seek Entry of Judgment based on the above Stipulation.  Under these circumstances Plaintiff has requested that the Initial Scheduling Conference be continued for 60 days.

Therefore, this Court orders that the Initial Scheduling Conference is continued to March 26, 2012 at 9:30 am.

IT IS SO ORDERED.

Dated:   **January 5, 2012**                     /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE