# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CONSALO & SONS FARM, ) | 1:11cv01660 AWI DLB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO SUBMIT |
| vs. ) | STATUS REPORT |
| ) | |
| MARKET 52, et al., ) | |
| ) | |
| Defendants. ) | |

    Plaintiff filed this action on September 29, 2011. On March 23, 2012, after Defendant Market 52, Inc., filed a Notice of Bankruptcy, the Court took the Scheduling Conference off calendar and ordered the parties to notify the Court when the bankruptcy proceedings were resolved. Neither party has been in contact with the Court.

    Therefore, the parties are ORDERED to file a joint status report addressing the status of the bankruptcy proceedings within fifteen (15) days of the date of service of this order.

IT IS SO ORDERED.

    Dated:   **December 3, 2012**             /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE

1