UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CONSALO & SONS FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARKET 52, et al, <br><br> Defendants. | CASE NO. 1:11-CV-1660 AWI DLB <br><br> ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL |

On December 7, 2012, the parties filed a stipulation for dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Rule 41(a)(1), in relevant part, reads:

(A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Because the parties have filed a stipulation for dismissal of this case without prejudice under Rule 41(a)(1), this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(A); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Therefore, IT IS HEREBY ORDERED that the Clerk is to CLOSE this case in light of the parties's Rule 41(a)(1) Stipulation Of Dismissal without prejudice

IT IS SO ORDERED.

Dated:   December 10, 2012

UNITED STATES DISTRICT JUDGE

1